UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-00077-F

| | |
|---|---|
| DONALD HUFHAM, )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>G. CROMARTIE, individually and as Pender )<br>County Sheriff's Deputy; THOMAS COTTON, )<br>individually and as Pender County Sheriff's )<br>Deputy; PENDER COUNTY SHERIFF'S DEPT., )<br>INC.; CARSON SMITH, individually and as Pender )<br>County Sheriff; JOHN DOES 1-10, individually )<br>and as Pender County Sheriff's Deputies, )<br>          Defendants. ) | **ORDER** |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 2d day of April, 2012.

*[signature]*
JAMES C. FOX
Senior United States District Judge