UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-00077-F

| | |
|---|---|
| DONALD HUFHAM,<br>　　　　Plaintiff,<br><br>v.<br><br>G. CROMARTIE, individually and as Pender County Sheriff's Deputy; THOMAS COTTON, individually and as Pender County Sheriff's Deputy; PENDER COUNTY SHERIFF'S DEPT., INC.; CARSON SMITH, individually and as Pender County Sheriff; JOHN DOES 1-10, individually and as Pender County Sheriff's Deputies,<br>　　　　Defendants. | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge so as to avoid any appearance of a conflict.

SO ORDERED.

This, the 2d day of April, 2012.

　　　　　　　　　　　　　　　　　*/s/ James C. Fox*
　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　Senior United States District Judge